# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

## NO. 03-13-00323-CV

**Gilbert M. Borjas, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on February 6, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.